IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09cv309
[Criminal Case No. 3:08cr55]

| | |
|---|---|
| RAFAEL WILFREDO RIVAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's Motion to Withdraw 28 U.S.C. §2255 Motion [Doc. 7].

The Court finds, for the reasons stated in the motion, that it should be granted.

**IT IS, THEREFORE, ORDERED** that the Petitioner's Motion to Withdraw 28 U.S.C. §2255 Motion [Doc. 7] is hereby **GRANTED** and this action is hereby **DISMISSED**.

Signed: September 1, 2009

Martin Reidinger
United States District Judge